# PD-1217-15

IN THE

COURT OF APPEALS

NINTH DISTRICT OF TEXAS AT BEAUMONT

NO.   09-14-00301-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

JOSEPH BERNARD COOPER, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the  258th District Court

Polk County Texas

Trial Cause No. 23233

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now JOSEPH BERNARD COOPER, Petitioner, and files this Montion for an extension of sixy (60) days in which to file a Petition for Discretionary Review.  In support of this motion, Appellant shows the court the following;

I.

The Petitioner was convicted in the 258th District Court of Polk County, Texas of the offense of aggravated assault with a deadly weapon and assault causing bodily injury, in cause no. 23233 styled State of Texas VS. Joseph Bernard Cooper.  The Petitioner appealed to the Court of Appleals, Ninth Supreme Judicial District.  The case was Affirmed on August 12, 2015.

II.

The present deadline for filing the Petition for Discretionary Review is September 12, 2015.  The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decisionsof the court of Appeals in affirming his case until or around August 19, 2015, since that time Petitioner has been attempting to gain Pro Bono Legal representation in this matter. His attorey Mike Aduddell of the Law office of Mike Aduddell has with drawn from the appeal and will not represent Petitioner on the Petition for Discretionary Review

**WHEREFORE, Petitioner prays** this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case no. 09-14-00301- CR to November 12, 2015.

EXECUTED ON THIS 10th DAY OF SEPTEMBER 2015.

Respectfully Submitted,

JOSEPH BERNARD COOPER, PETITIONER pro se

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS been forward by U.S. Mail, postage prepaid, first class, to the Clerk of the Ninth District Court of Appeals suite 330, 1001 Pearl ST., Beaumont, Texas 77701.

JOSEPH BERNARD COOPER, Petitioner pro se

### DECLARATION

I , JOSEPH BERNARD COOPER, TDCJ ID.#1938617, being presently incarcerated in the JESTER III UNIT, 3 JESTER Road, Richmond, Texas 77406 of the Texas Department of criminal Justice in Fort Ben County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my ability.

EXECUTED ON THIS 10th DAY OF SEPTEMBER 2015.

JOSEPH BERNARD COOPER, Petitioner